IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEROME G. JOHNSON,

   Petitioner,

    v.

LOREN A. GRAYER,

   Respondent.

CIVIL ACTION FILE
NO. 1:09-CV-1770-TWT

## ORDER

This is a pro se Petition for Writ of Habeas Corpus. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge rejecting the challenge to the calculation by the Federal Bureau of Prisons of his release date. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 15 day of October, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge